UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | |
|---|---|
| SUREFIRE, LLC,<br><br>       **Plaintiff**,<br><br>v.<br><br>PENTAGON SCIENTIFIC CORP. d/b/a PENTAGONLIGHT<br><br>       **Defendant**. | CIVIL ACTION NO. _____<br><br>**JURY TRIAL DEMANDED** |

# COMPLAINT FOR PATENT INFRINGEMENT AND FALSE ADVERTISING

Plaintiff SUREFIRE, LLC ("SureFire" or "Plaintiff"), hereby complains and alleges against Defendant PENTAGON SCIENTIFIC CORP. d/b/a PENTAGONLIGHT ("PentagonLight" or "Defendant") as follows:

1. Plaintiff SureFire is a limited liability company organized and existing under the laws of the State of California, having a principal place of business in Fountain Valley, California.

2. Defendant PentagonLight is a corporation organized and existing under the laws of the State of California, having its principal place of business in South San Francisco, California.

**JURISDICTION AND VENUE**

3. This is a civil action for patent infringement arising under the patent laws of the United States of America, 35 U.S.C. § 1, *et seq*., and false advertising under the federal Lanham Act 15 U.S.C. § 1051, *et. al.*

4.     This Court has jurisdiction over the subject matter of the Complaint pursuant to 28 U.S.C. §§1331 & 1338.

5.     This Court has personal jurisdiction over Defendant because, on information and belief, Defendant purposefully ships its infringing flashlights and flashlight components through established distribution channels into the State of Texas and the Eastern District of Texas, and Defendant's false advertisements are circulated in the State of Texas and the Eastern District of Texas.  In addition, Defendant has sold its infringing flashlights and flashlight components through established retail channels in the State of Texas and the Eastern District of Texas, and is otherwise engaged in substantial and regular business in the State of Texas and the Eastern District of Texas.

6.     Venue is proper under 28 U.S.C. §§1391(b) and (c) and 1400(b) because Defendant sells infringing products in the Eastern District of Texas and because Defendant is subject to personal jurisdiction in the Eastern District of Texas.

**GENERAL ALLEGATIONS**

7.     SureFire has been engaged in the business of manufacturing and distributing flashlights and related products for more than twenty (20) years.

8.     SureFire employs more than 500 people at its facilities in and around Fountain Valley, California, where it manufactures key components and assembles its products.

9.     On April 24, 2001, United States Patent No. 6,222,138 (the '138 patent), on an invention entitled "Battery Operated Appliance, Flashlight and Switching Systems Technical Field" was duly and legally issued by the United States Patent and Trademark Office.

10.    On March 4, 2008, United States Patent No. RE40,125 (the '125 patent), on an invention entitled "Battery Operated Appliance, Flashlight and Switching Systems" was duly and legally issued by the United States Patent and Trademark Office as a

reissue of the '138 patent. A true and correct copy of the '125 patent is attached as Exhibit A of this Complaint.

11. The '138 patent was in force and effect from its issuance until its surrender upon issuance of the '125 patent, and the '125 patent has been in force and effect since its issuance. SureFire has been at all times, and still is, the owner of the entire right, title and interest in and to both the '138 and '125 patents.

12. SureFire manufactures and sells flashlights that incorporate and use the invention claimed in the '125 patent.

13. PentagonLight markets and sells flashlights and related products in direct competition with SureFire.

14. PentagonLight has published numerous advertisements including either express or implied assertions that its flashlights are "Made in U.S.A." On information and belief, such assertions are false and misleading.

## COUNT 1
### (INFRINGEMENT OF THE '125 PATENTS)

15. SureFire realleges and incorporates the previous paragraphs of this Complaint as though set forth in full herein.

16. PentagonLight has used, manufactured, offered for sale, sold and/or caused to be imported into the United States products which literally and under the doctrine of equivalents infringe one or more claims of the '125 patent in violation of 35 U.S.C. §271.

17. PentagonLight is actively inducing others to infringe, and/or committing acts of contributory infringement, of one or more claims of the '125 patent through its activities related to making, using, importing, offering for sale, and/or selling their infringing products or causing infringing products to be made, used, imported, offered for sale, and/or sold in the Untied States, all in violation of 35 U.S.C. §271.

18. SureFire has been damaged and has suffered irreparable injury due to acts of infringement by PentagonLight and will continue to suffer irreparable injury unless PentagonLight's activities are enjoined.

19. SureFire has suffered and will continue to suffer substantial damages by reason of PentagonLight's act of patent infringement alleged above, and SureFire is entitled to recover from PentagonLight the damages sustained as a result of PentagonLight's acts.

20. PentagonLight has willfully and deliberately infringed the '125 patent in disregard of SureFire's rights.

## COUNT II
### (FALSE ADVERTISING IN VIOLATION OF 15 USC § 1125(a))

21. SureFire realleges and incorporates the previous paragraphs of this Complaint as though set forth in full herein.

22. PentagonLight's false and misleading statements in its commercial advertising and promotion misrepresent the origin if its goods and either deceive or have the tendency to deceive a substantial segment of potential consumers. The representations are either expressly false and/or they are likely to mislead and confuse consumers.

23. PentagonLight's deception is material in that it is likely to influence the consumer's purchasing decision.

24. PentagonLight's advertisements and packaging were disseminated in interstate commerce.

25. SureFire has been injured as a result of PentagonLight's false and misleading advertisements.

## PRAYER FOR RELIEF

WHEREFORE, SureFire prays that judgment be entered by this Court in its favor and against PentagonLight as follows:

A.  That PentagonLight has infringed the '125 patent;

B.  That PentagonLight has induced infringement and/or contributorily infringed the '125 patent;

C.  That PentagonLight has falsely advertised in violation of Section 1125(a) of the Lanham Act;

D.  Permanently enjoining and restraining PentagonLight, its agents, affiliates, subsidiaries, servants, employees, officers, directors, attorneys and those persons in active concert with or controlled by PentagonLight from:

  (i)  further infringing the '125 patent;

  (ii)  inducing others to infringe the '125 patent;

  (iii)  publishing any advertisements that contain false or misleading statements of fact, including those statements set forth above;

E.  That PentagonLight's infringement of the '125 patent was willful;

F.  That PentagonLight's false advertising was willful and intentional;

G.  For an award of damages adequate to compensate SureFire for that damages it has suffered as a result of PentagonLight's conduct, including pre-judgment interest and a trebling of such damages due to PentagonLight's willful infringement and other conduct;

H.  That PentagonLight be directed to withdraw from distribution all infringing products and false advertisements, whether in the possession of PentagonLight or its distributors or retailers, and that all infringing products or materials be impounded or destroyed;

I.  That all false advertising materials be impounded or destroyed, and that PentagonLight be required to place corrective advertisements;

J.  For monetary damages in an amount according to proof;

  K. For interest on said damages at the legal rate from and after the date such damages were incurred;

  L. That this is an exceptional case and for an award of SureFire's attorney fees and costs;

  M. For such other relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff SureFire hereby demands a jury trial as to all issues that are so triable.

        Respectfully submitted,

        SIEBMAN, REYNOLDS, BURG,
         PHILLIPS & SMITH, L.L.P.


        By: /s/ Clyde M. Siebman
         Texas State Bar No. 18341600
        Federal Courthouse Square
        300 N. Travis Street
        Sherman, Texas  75090
        (903) 870-0070
        (903) 870-0066 Telefax
        siebman@siebman.com