UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | |
|---|---|
| SUREFIRE, LLC,<br><br>             Plaintiff,<br><br>    v.<br><br>PENTAGON SCIENTIFIC CORP. d/b/a PENTAGONLIGHT<br><br>             Defendant. | CIVIL ACTION NO.  4:08cv146<br><br>**Hon. Richard A. Schell** |

# JUDGMENT

The Court hereby orders, adjudges and decrees as follows:

1.    Judgment is hereby entered in favor of SureFire, LLC and against PentagonLight, for infringement of U.S. Patent Nos. RE40,125 and 5,642,932.

2.    PentagonLight and its officers, agents, servants, employees, and attorneys, and any and all other persons who are in active concert or participation with any of them, are hereby enjoined for the term of U.S. Patent No. RE40,125 from importing, making, using, offering for sale, or selling any of the following:  (1) tailcap models TC1, TC2, TC3, TC4, MTC1, MTC2, and TR3; (2) flashlight models K2, eX2, X2, PX2, PX1, X3, X1; L2, eL2, L3, Stealth L2, S2, MS2, MS3, MD2, MD3, SA2, SA3, UX, and UL; and (3) any products not more than colorably different from such models.

3.    PentagonLight and its officers, agents, servants, employees, and attorneys, and any and all other persons who are in active concert or participation with any of them, are

hereby enjoined for the term of U.S. Patent No. 5,642,932 from importing, making, using, offering for sale, or selling flashlight model K2 or any products not more than colorably different from such model.

4. Both parties shall bear their own attorney fees and costs.

5. This is a final judgment.

**SIGNED this the 9th day of December, 2008.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE